UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VIRGIL CLAYBORN SHELTON, JR                                          PLAINTIFF
ADC #103360

V.                              No. 4:22-CV-1131-JM-JTR

WASHINGTON, Classification
Officer, Varner Unit, *et al.*                                       DEFENDANTS

### ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Shelton's Complaint and Amended Complaint (*Doc. 2; Doc. 9*) are DISMISSED, without prejudice. The Court recommends that the dismissal count as a "strike" for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g); *see Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 213 L. Ed. 2d 1065, 142 S. Ct. 2837 (2022). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 4th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE