UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central DIVISION

Virgil Clayborn Shelton, Jr                                                      PLAINTIFF
ADC #103360

V.                                              No. 4:22-CV-1131-JM-JTR

Washington, Classification
Officer, Varner Unit, *et al.*                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

Dated this 4th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE